# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RANDALL BRUCE BARLOW, | )<br>) |
| Plaintiff, | ) Case No. 2:13-cv-00033-JAD-CWH<br>) |
| vs. | ) **ORDER**<br>) |
| DONALD S. HERMAN, et al., | )<br>) |
| Defendants. | ) |

The parties submitted a Stipulation and Proposed Protective Order (#36), which the Court reviewed and entered. This order modifies the parties' stipulated protective order with respect to any documents filed or submitted that the parties seek to maintain as confidential and file under seal. The Court has approved the parties' protective order to facilitate the parties' discovery exchanges. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). However, a party seeking to seal any filing made with the Court must seek leave to file under seal in a manner consistent with Local Rule 10-5(b) and all other applicable rules and law.

DATED: August 21, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**