UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDALL BRUCE BARLOW, | |
| Plaintiff, | Case No. 2:13-cv-00033-JAD-CWH |
| vs. | **ORDER** |
| DONALD S. HERMAN, *et al.*, | |
| Defendants. | |

This matter is before the Court on the law firm of Cohen-Johnson, LLC's Motion to Withdraw as Counsel of Record (#41), filed December 13, 2013.

Attorneys H. Stan Johnson and Brian A. Morris of the law firm of Cohen-Johnson, LLC request leave of court to withdraw as counsel of record for Defendants Donald Herman, Herman Family Trust, Willow Creek at San Martin Assisted Living, LLC, Willow Creek San Martin Building, LLC, Willow Creek Buffalo Assisted Living, LLC, Willow Creek Buffalo, LLC, Willow Creek Memory Care West, LLC, and Silver Care, LLC. Counsel indicates that differences have arisen and Defendants have informed counsel of their intent to retain new counsel. Pursuant to Local Rule IA 10-6(b), "[n]o attorney may withdraw after appearing in a case except by leave of court after notice has been served on the affected client and opposing counsel." Based on the representations of Defendants' counsel, the Court finds there is good cause for withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that the law firm of Cohen-Johnson, LLC's Motion to Withdraw as Counsel of Record (#41) is **granted**. Attorneys H. Stan Johnson and Brian A. Morris shall no longer represent Defendants in this matter.

**IT IS FURTHER ORDERED** that Defendants Willow Creek at San Martin Assisted Living, LLC, Willow Creek San Martin Building, LLC, Willow Creek Buffalo Assisted Living, LLC, Willow Creek Buffalo, LLC, Willow Creek Memory Care West, LLC, and Silver Care, LLC shall have until **Monday, January 6, 2014**, to advise the Court if they will retain new counsel.  These Defendants must retain new counsel if they intend to continue litigating this matter.  A corporation may appear in federal court only through licensed counsel.  *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

**IT IS FURTHER ORDERED** that withdrawing counsel shall serve Defendants with a copy of this order and file a certificate of service by **Friday, December 20, 2013**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall add the last known address for each Defendant as:

    **c/o Willow Creek at San Martin Assisted Living Community**
    **8374 Capovilla Avenue**
    **Las Vegas, NV 89113**

DATED: December 18, 2013.

_____
**C.W. HOFFMAN, JR.**
**UNITED STATES MAGISTRATE JUDGE**