UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDALL BRUCE BARLOW,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DONALD S. HERMAN, *et al.*,<br><br>　　　　Defendants. | Case No. 2:13-cv-00033-JAD-CWH<br><br>**ORDER** |

　　　This matter is before the Court on Plaintiff's Emergency Motion to Compel Depositions (#71) and Emergency Motion to Stay (#72), filed October 23, 2014.  No response was filed.  Generally, pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in opposition to a motion constitutes consent to the granting of the motion.  However, in this instance, the undersigned has determined to grant the relief only in part.  Specifically, the request to compel the depositions will be denied, but the request to stay discovery and all other deadlines, including the deadline to file dispositive motions, will be granted.

　　　The Court has grown weary of Defendants unwillingness to participate in good faith in this litigation.  The Court held a hearing on Plaintiff's emergency motion for an order to show cause on September 4, 2014.  (#69).  It has become even more clear since that time that Defendants have no intention of litigating this matter in good faith or complying with the Court's orders or applicable rules.  Consequently, the undersigned will be entering a recommendation to the District Judge that Defendants' answer be stricken and default entered.  Rather than require Plaintiff to continue to incur costs, this case will be stayed pending submission of the recommendation and resolution of any

objection thereto.

Based on the foregoing and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Emergency Motion to Compel Depositions is **denied without prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff's Emergency Motion to Stay (#72) is **granted**. The case is stayed. The undersigned Magistrate Judge will enter a separate recommendation that Defendants' Answer be stricken and default entered in Plaintiff's favor.

DATED: November 13, 2014.

_____
**C.W. HOFFMAN, JR.**
**UNITED STATES MAGISTRATE JUDGE**