# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Randall Bruce Barlow,

    Plaintiff

v.

Donald Herman, et al.,

    Defendants

2:13-cv-00033-JAD-CWH

**Order Adopting Report and Recommendation and Striking Answer and Counterclaim**

[ECF No. 80]

After the defendants in this contract-based employment case refused to respond to written discovery requests and repeatedly violated this court's discovery orders, Magistrate Judge Hoffman entered a stay and warned defendants that case-dispositive sanctions could result.[1] Magistrate Judge Hoffman has now issued an order lifting the stay, and he recommends that defendants' answer and counterclaim be stricken as a sanction.[2] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Objections to the magistrate judge's report and recommendation were due by August 19, 2016, and defendants have not filed an objection or requested an extension to do so.

Accordingly, IT IS HEREBY ORDERED that **Magistrate Judge Hoffman's report and recommendation [ECF No. 80] is ADOPTED, and the Clerk of Court is instructed to STRIKE defendants' answer and counterclaim [ECF No. 20].**

Dated this 26th day of August, 2016

                                    _____
                                    Jennifer A. Dorsey
                                    United States District Judge

---

[1] ECF No. 76.

[2] ECF No. 80.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).