# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| RANDALL BRUCE BARLOW, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-cv-00033-JAD-CWH |
| ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DONALD S. HERMAN, et al., ) | |
| ) | |
| Defendants. ) | |

Presently before the court is Plaintiff Randall Bruce Barlow's Renewed Motion for Clerk's Entry of Default Against Defendant Willow Creek San Martin Building, LLC (ECF No. 91), filed on December 15, 2016. The court previously denied Plaintiff's request for the entry of default as to Defendant Willow Creek San Martin Building, LLC because that defendant had filed a notice of bankruptcy and the parties' attorneys were unable to update the court regarding the status of the bankruptcy. (Order (ECF No. 89).) Plaintiff now provides the bankruptcy court's order granting Willow Creek San Martin Building, LLC's motion for voluntary dismissal of its bankruptcy case. (Renewed Mot. for Entry of Default (ECF No. 91) at Exs. 4-5.) In light of the bankruptcy dismissal order, the court will grant the renewed motion.

IT IS THEREFORE ORDERED that Plaintiff Randall Bruce Barlow's Renewed Motion for Clerk's Entry of Default Against Defendant Willow Creek San Martin Building, LLC (ECF No. 91) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court must enter default as to Defendant Willow Creek San Martin Building, LLC.

DATED: December 20, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**