UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| RANDALL BRUCE BARLOW,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DONALD S. HERMAN, et al.,<br><br>　　　　Defendants. | Case No.  2:13-cv-00033-JAD-CWH<br><br>**ORDER** |

　　　At the status conference held on November 15, 2016, Plaintiff Randall Bruce Barlow's attorney represented to the court that motions for default judgment were forthcoming.  (Mins. of Proceedings (ECF No. 83).)  At the status conference, the court ordered the parties to file a status report by January 17, 2017.  (*Id.*)  Since the status conference, the court granted defendants' attorney's motion to withdraw.  (Order (ECF No. 88).)  Additionally, the Clerk of Court entered defaults as to all defendants.  (Clerk's Entry of Default (ECF Nos. 90, 93).)  However, Plaintiff has not filed a motion for default judgment, nor did Plainitff file a status report by January 17, 2017.

　　　IT IS THEREFORE ORDERED that Plaintiff must file a status report or a motion for default judgment by March 1, 2017.

　　　DATED: February 7, 2017

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**C.W. Hoffman, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**